UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br>2020 RED DR, APT 325<br>RENO, NEVADA 89502 | Case No. 3:25-mj-56-CSD<br><br>**ORDER** |

This matter coming before the Court on the Government's Motion to Unseal, the reasons therein having been considered by the Court, and good cause showing, the Motion is GRANTED.

IT IS HEREBY ORDERED that the Search Warrant dated on March 27, 2025, and accompanying Applications, Affidavits, Sealing Motions, and Sealing Orders in the above-captioned matter now pending, shall be, and are, UNSEALED.

DATED this __17th__ day of April, 2025.

_____
HONORABLE CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE